# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Tony L. Hart, <br><br> Plaintiff, <br><br> v. <br><br> Las Vegas Metro Police, and the Manager at McDonald's, <br><br> Defendants. | Case No. 2:21-cv-01247-APG-DJA <br><br> **Order** |

Plaintiff Tony Hart submitted an application to proceed *in forma pauperis* (ECF No. 5). However, because Plaintiff has attached the wrong form, the Court denies his application to proceed *in forma pauperis* without prejudice. The Court finds these matters properly resolved without a hearing. LR 78-1.

Under Local Rule LSR 1-1 a plaintiff seeking to proceed without paying the filing fee must complete an application to proceed *in forma pauperis* on the form provided by the Court. Here, Plaintiff's *in forma pauperis* application is for the wrong court. Plaintiff has filled out the *in forma pauperis* application for the Eighth Judicial District Court in and for Clark County. The Court thus denies Plaintiff's application without prejudice.

Plaintiff must properly complete his *in forma pauperis* application on the form for the United States District Court for the District of Nevada, which will be mailed to him. Or Plaintiff may pay the filing fee. If Plaintiff chooses to file an *in forma pauperis* application, he must file a complete application attaching his complaint or petition. *See* Local Rule LSR 1-4. Plaintiff has fourteen days—until **Friday, October 22, 2021**—to properly file an *in forma pauperis* application of pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is denied without prejudice. The Clerk of Court is kindly directed to mail Plaintiff two copies of the appropriate non-inmate *in forma pauperis* application and instructions.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **Friday, October 22, 2021**, which is fourteen days from the date of this Order, to file a new, completed application to proceed *in forma pauperis*, along with a complaint. In the alternative, Plaintiff may decide to pay the filing fee of $350 and administrative fee of $52, for a total of $402, accompanied by a copy of this Order. Failure to comply with this Order will result in a recommendation to the District Judge that this action be dismissed.

DATED: October 8, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE